IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation
MDL No. 2327*

Civil Action No. 2:17-cv-02635

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Sandra Rogers

2. Plaintiff's Spouse (if applicable)

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Old Fort, TN

5. District Court and Division in which venue would be proper absent direct filing.

   United States District Court for the Eastern District of Tennessee

   Southern Division - Chattanooga

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Ethicon, Inc.

   ☑   B. Johnson & Johnson

Revised: 5/28/14

☐   C. American Medical Systems, Inc. ("AMS")

☐   D. Boston Scientific Corporation

☐   E. C. R. Bard, Inc. ("Bard")

☐   F. Sofradim Production SAS ("Sofradim")

☐   G. Tissue Science Laboratories Limited ("TSL")

☐   H. Mentor Worldwide LLC

☐   I. Coloplast Corp.

☐   J. Cook Incorporated

☐   K. Cook Biotech, Inc.

☐   L. Cook Medical, Inc.

☐   M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐   N. Neomedic International, S.L.

☐   O. Neomedic Inc.

☐   P. Specialities Remeex International, S.L.

7. Basis of Jurisdiction

☑   Diversity of Citizenship

☐   Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1-11

B. Other allegations of jurisdiction and venue:

N/A

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☑ TVT
- ☐ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☑ TVT

3

☐ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

10. Date of Implantation as to Each Product:

2/17/2006

11. Hospital(s) where Plaintiff was implanted (including City and State):

Erlanger Health System

Chattanooga, TN

12. Implanting Surgeon(s):

Michael Breen, M.D.

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

4

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☑ Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☐ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

                                                s/ Jeffrey M. Kuntz
                                                  Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

                                                  WAGSTAFF & CARTMELL LLP
                                                  4740 Grand Avenue, Suite 300
                                                  Kansas City, MO 64112
                                                  (816) 701-1100

                                                  Thomas P. Cartmell MO Bar #45366
                                                  tcartmell@wcllp.com
                                                  Jeffrey M. Kuntz MO Bar #52371
                                                  jkuntz@wcllp.com